RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 12/1/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO. CR93-10012-01 |
| VERSUS | |
| AARON B. WILLIAMS | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

In so finding, we note one error in the Report and Recommendation. On page 2, the Report and Recommendation indicates petitioner's motion for retroactive application of sentencing guidelines is still pending. That is incorrect. The motion was denied on September 24, 2008. See Document No. 781

IT IS ORDERED that Williams' petition for writ of habeas corpus, etc. (Doc. 788) is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 2 day of December, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE